DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SNOW v. EAST

No. 526P89

Case below: 96 N.C.App. 59

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

STATE v. AVERY

No. 475P89

Case below: 95 N.C.App. 572

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 18 January 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

STATE v. BAKER

No. 441P89

Case below: 92 N.C.App. 755

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 January 1990.

STATE v. BURNETTE

No. 525P89

Case below: 96 N.C.App. 122

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

STATE v. CARROLL

No. 535P89

Case below: 90 N.C.App. 771

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals dismissed 18 January 1990.